# Robert W. Sadowski PLLC

800 Third Avenue, 28th Floor  
New York, New York 10022  
Phone: 646-503-5341

646-503-5348  
@robertwsadowski.com

*Via ECF*

, 2021

The Hon. Philip M. Halpern  
United States District Judge  
The Hon. Charles L. Brieant  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

---

> Application granted. Plaintiff shall file and serve a Second Amended Complaint by March 17, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 21.
>
> SO ORDERED.
>
> _____  
> Philip M. Halpern  
> United States District Judge
>
> Dated:  White Plains, New York  
> March 3, 2021

---

Re: *Roland Benson v. Westchester Medical Center, et al.,* Civ No.: 7:20-cv-05076 (PMH)

Dear Judge Halpern:

    We represent Plaintiff Roland Benson in the above-referenced action. On February 10, 2021, the Court held a telephonic conference. Minute Entry for proceedings held before Judge Philip M. Halpern. At that conference for reasons discussed on the record, "before March 3, 2021 Plaintiff shall either (1) file a Second Amended Complaint; or (2) advise the Court that he does not wish to amend his pleadings further."

    Plaintiff does intend to file a Second Amended Complaint, due to the press of business and that I will be traveling to Wisconsin to attend an immediate family member's funeral, I respectfully request a 14 day extension to March 17, 2021 to file and serve the Second Amended Complaint.

    Respectfully submitted,

    s/Robert W. Sadowski

    Robert W. Sadowski