UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLAND BENSON,

                Plaintiff,

-against-

WESTCHESTER MEDICAL CENTER, et al.,

                Defendants.

**ORDER**

20-CV-05076 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court received a telephone call from an individual who identified herself as Mr. Sadowski's wife and stated that Mr. Sadowski (Plaintiff's counsel) has passed away.

Accordingly, Plaintiff is directed to serve and file a letter within thirty days hereof (i.e., August 22, 2022) advising the Court as to whether he: (1) has retained new counsel; or (2) shall proceed *pro se*.

Counsel for Defendants is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on July 22, 2022.

                              **SO ORDERED:**

Dated:  White Plains, New York
           July 21, 2022

                              _____
                              PHILIP M. HALPERN
                              United States District Judge